[No. 10120-3-II.  Division Two.  August 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00049-1, Dale M. Nordquist, J., entered

July 3, 1986. *Reversed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brachtenbach and Yencopal, JJ. Pro Tem.